**Order entered September 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01545-CR
No. 05-18-01546-CR
No. 05-18-01547-CR
No. 05-18-01548-CR
No. 05-18-01549-CR
No. 05-18-01550-CR

**LUIS ANGEL RUEDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-51915-V, F18-51916-V, F18-51917-V,**
**F18-75237-V, F18-75268-V & F18-24000-V**

## ORDER

We **REINSTATE** these appeals.

We abated the appeals for the trial court to issue amended certifications accurately reflecting the trial court proceedings. On August 15, 2019, supplemental clerk's records containing the amended certifications were filed with this Court.

These appeals are at issue and will be submitted in due course.

/s/     LANA MYERS
        JUSTICE